# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NAKINA LOWERY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) CIVIL ACTION NO. | |
| PROG LEASING, LLC, ) 1:17-cv-04255-TWT | |
| d/b/a PROGRESSIVE LEASING, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## JOINT MOTION TO STAY PENDING ARBITRATION

The Parties submit this Joint Motion to Stay Pending Arbitration, requesting that the Court stay all proceedings related to this Matter and compel arbitration. In support of this Motion, the Parties jointly state:

1. Plaintiff commenced this action by filing a Complaint against Defendant on October 25, 2017.

2. The Parties have agreed to arbitrate all of the claims pursuant to a written Arbitration Agreement between the parties attached as Exhibit "A."

3. This matter shall be submitted for arbitration with the American Arbitration Association ("AAA").

4. Defendant will pay the fees charged by AAA, the Administrator and the Arbitrator required to be paid by Defendant under the terms of the Arbitration Agreement set forth in Exhibit A.

5. The Parties therefore respectfully request this Court enter the Stipulated Order Compelling Arbitration, which orders all claims be submitted to arbitration and that this lawsuit be stayed, with the Court reserving jurisdiction to enforce the final award of the Arbitrator.

A proposed order is attached to this Motion for the Court's convenience.

Respectfully submitted:

Dated:  November 27, 2017

/s/ *Daniel L. Delnero*
Daniel L. Delnero
Georgia Bar No. 347766
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
Telephone: 678.420.9300
Facsimile: 678.420.9301
delnerod@ballardspahr.com

*Counsel for Defendant Prog Leasing, LLC*

Consented to by:

/s/ *Octavio Gomez*
Octavio Gomez
Georgia Bar No. 617963
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813-223-5505
Facsimile: 813-223-5402
TGomez@forthepeople.com

*Counsel for Plaintiff Nakina Lowery*

## CERTIFICATION OF COMPLIANCE WITH L.R. 5.1B

I hereby certify that the foregoing has been computer processed with 14 point New Times Roman Font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1B.

/s/ *Daniel L. Delnero*
Daniel L. Delnero
Georgia Bar No. 347766

*Counsel for Defendant Prog Leasing, LLC*

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served the foregoing Joint Motion to Stay Pending Arbitration on the Clerk of Court and all parties of record using the CM/ECF system.

Dated: November 27, 2017

                                                       /s/ Daniel L. Delnero
                                                      Daniel L. Delnero
                                                      Georgia Bar No. 347766

                                                     *Counsel for Defendant Prog Leasing, LLC*